UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
-----------------------------------------------------------------------x

MIECZYSLAW NARTOWICZ,                                     08CIV2669
                              Plaintiffs,

    - against -

222 BROADWAY, LLC, 90 CHURCH STREET
LIMITED PARTNERSHIP, ALAN KASMAN
DBA KASCO, AMBIENT GROUP, INC.,
AMERICAN EXPRESS BANK, LTD,
AMERICAN EXPRESS COMPANY, AMERICAN
EXPRESS TRAVEL RELATED SERVICES
COMPANY, INC., ANN TAYLOR STORES
CORPORATION, BATTERY PARK CITY
AUTHORITY, BELFOR USA GROUP, INC., BFP
ONE LIBERTY PLAZA CO., LLC,, BFP TOWER
C CO. LLC, BFP TOWER C MM LLC,
BLACKMON-MOORING-STEAMATIC
CATASTOPHE, INC D/B/A BMS CAT, BOARD
OF MANAGERS OF THE HUDSON VIEW EAST
CONDOMINIUM, BOSTON PROPERTIES, INC.,
BROOBCFIELD FINANCIAL PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, LP,
BROOKFIELD PARTNERS, LP, BROOKFIELD
PROPERTIES CORPORATION, BROOKFIELD
PROPERTIES HOLDINGS INC., CHASE
MANHATTAN BANK CORPORATION,
CUSHMAN & WAKEFIELD, INC.,
ENVIROTECH CLEAN AIR, INC, GENERAL
RE SERVICES CORP., GPS ENVIRONMENTAL
CONSULTANTS, INC., HILLMAN
ENVIRONMENTAL GROUP, LLC, HUDSON
VIEW EAST CONDOMINIUM, HUDSON VIEW
TOWERS ASSOCIATES, INDOOR
ENVIRONMENTAL TECHNOLOGY, INC.,
KASCO RESTORATION SERVICES CO.,
LEHMAN BROTHERS HOLDINGS INC,
LEHMAN BROTHERS, INC, LEHMAN
COMMERCIAL PAPER, INC, LIBERTY VIEW
ASSOCIATES, L.P., MEEIRILL LYNCH & CO,
INC, NATIONAL ASSOCIATION OF
SECURITIES DEALERS, INC, NEW LIBERTY

PLAZA LP, NEW YORK CITY INDUSTRIAL DEVELOPMENT AGENCY, NEW YORK CITY INDUSTRIAL DEVELOPMENT CORPORATION, NOMURA HOLDING AMERICA, INC, NOMURA SECURITIES INTERNATIONAL, INC., ONE LIBERTY PLAZA, R Y MANAGEMENT CO., INC, RELATED BPC ASSOCIATES, INC., RELATED MANAGEMENT CO., LP, RY MANAGEMENT, STRUCTURE TONE (UK), INC., STRUCTURE TONE GLOBAL SERVICES, INC., THE BOARD OF MANAGERS OF THE ONE LIBERTY PLAZA CONDOMINIUM (CONDO #1178), THE ONE LIBERTY PLAZA CONDOMINIUM (CONDO #1178), THE RELATED COMPANIES, LP, THE RELATED REALTY GROUP, INC., TOSCORP INC., TRAMMELL CROW COMPANY, TRAMMELL CROW CORPORATE SERVICES, INC., TUCKER ANTHONY, INC., UBS FINANCIAL SERVICES, INC. F/K/A SWISS BANK CORPORATION, WESTON SOLUTIONS, INC., WFP ONE LIBERTY PLAZA CO., L.P., WFP ONE LIBERTY PLAZA, CO. GP, CORP., WFP RETAIL CO. G.P. CORP., WFP RETAIL CO. L.P., WFP TOWER A CO., WFP TOWER A CO. G.P. CORP., WFP TOWER A. CO., L.P., WFP TOWER B CO. G.P. CORP., WFP TOWER B HOLDING CO., LP, WFP TOWER B. CO., L.P., WFP TOWER D CO. G.P. CORP., WFP TOWER D HOLDING CO. I L.P., WFP TOWER D HOLDING CO. II L.P., WFP TOWER D HOLDING I G.P. CORP., WFP TOWER D. CO., L.P., AND WORLD FINANCIAL PROPERTIES, L.P., ET AL

           Defendants.

-----------------------------------------------------------------X

## ENVIROTECH CLEAN AIR'S ANSWER TO COMPLAINT BY ADOPTION

PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated

August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
      May 23, 2008

                      Yours, etc.

                      FRIEDMAN, HARFENIST, LANGER & KRAUT
                      Attorneys for Defendant –Envirotech
                      3000 Marcus Avenue, Suite 2E1
                      Lake Success, New York 11042
                      (516) 775-5800

                      BY: _____
                             Heather L. Smar (4622)