UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
IN RE WORLD TRADE CENTER LOWER          : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION      :
                                                                 :
-----------------------------------------------------------------X
MIECZYSLAW NARTOWICZ,                   : 08-CV-02669-AKH
                                                                 :
                              Plaintiff, : **APPEARANCE**
                                                                 :
   - against -                                                   :
                                        : **ELECTRONICALLY FILED**
222 BROADWAY, LLC, *et al.*,            :
                                                                 :
                              Defendants. :
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.** and **222 BROADWAY, LLC.**

I certify that I am admitted to practice in this court.

Dated: New York, New York           DICKSTEIN SHAPIRO LLP
       June 30, 2008

                         By:    /s/ Judith R. Cohen
                         _____
                         Judith R. Cohen (JC-8614)
                         1177 Avenue of the Americas
                         New York, New York 10036
                         Phone: (212) 277-6500
                         Fax: (212) 277-6501

                         *Attorney for Defendants*
                         MERRILL LYNCH & CO., INC. and
                         222 BROADWAY, LLC

DOCSNY-314280