Robert J. Higgins, Esq. (RH-6477)
Judith R. Cohen, Esq. (JC-8614)
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, NY 10036-2714
(212) 277-6500

Attorneys for Defendants Merrill Lynch & Co., Inc. and 222 Broadway, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
IN RE WORLD TRADE CENTER LOWER                               :   21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION                           :
                                                             :
                                                             :
-------------------------------------------------------------X
MIECZYSLAW NARTOWICZ,                                        :   08-CV-02669-AKH
                                                             :
                                    Plaintiff,               :   **NOTICE OF ADOPTION**
                                                             :   **OF ANSWER**
            - against -                                      :   **TO MASTER COMPLAINT**
                                                             :   **BY MERRILL LYNCH**
222 BROADWAY, LLC, *et al.*,                                 :   **AND 222 BROADWAY**
                                                             :
                                    Defendants.              :   **ELECTRONICALLY FILED**
-------------------------------------------------------------X

   PLEASE TAKE NOTICE THAT Defendants Merrill Lynch & Co., Inc. ("Merrill Lynch") and 222 Broadway, LLC ("222 Broadway"), as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt their respective Answers to Master Complaint, both dated August 3, 2007, which were filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

   WHEREFORE, Merrill Lynch and 222 Broadway demand judgment dismissing the above-captioned action as against them, together with their costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York        DICKSTEIN SHAPIRO LLP
       June 30, 2008

                                   By:     /s/ Judith R. Cohen
                                          _____
                                          Robert J. Higgins (RH-6477)
                                          Judith R. Cohen (JC-8614)
                                          1177 Avenue of the Americas
                                          New York, New York 10036
                                          Phone: (212) 277-6500
                                          Fax: (212) 277-6501

                                          *Attorneys for Defendants*
                                          MERRILL LYNCH & CO., INC. and
                                          222 BROADWAY, LLC

DOCSNY-314281