Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendants:
90 CHURCH STREET LIMITED PARTNERSHIP
and BOSTON PROPERTIES, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X   21 MC 102 (AKH)

MIECZYSLAW NARTOWICZ                                             Index No.: 08-CV-2669

                      Plaintiff(s),                **NOTICE OF ADOPTION OF ANSWER**
                                                                 **TO MASTER COMPLAINT**
  -against-
                                                                 **ELECTRONICALLY FILED**
22 BROADWAY, LLC, *et al.*,

                      Defendant(s).
------------------------------------------------------------X

     PLEASE TAKE NOTICE that Defendants, 90 CHURCH STREET LIMITED PARTNERSHIP and BOSTON PROPERTIES, INC., by their attorneys, McGIVNEY & KLUGER, P.C., as and for their Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt their Answer to Master Complaint dated August 2, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

     WHEREFORE, the defendants, 90 CHURCH STREET LIMITED PARTNERSHIP and BOSTON PROPERTIES, INC., demand judgment dismissing the above-captioned action as against them,

together with their costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
       June 19, 2008

                          Yours etc.,

                          McGIVNEY & KLUGER, P.C.
                          Attorneys for Defendants
                          90 CHURCH STREET LIMITED PARTNERSHIP
                          and BOSTON PROPERTIES, INC.

                          By: _____
                          Richard E. Leff (RL-2123)
                          80 Broad Street, 23rd Floor
                          New York, New York 10004
                          (212) 509-3456

TO:    WORBY GRONER & NAPOLI BERN, LLP
         Plaintiffs Liaison
         In Re Lower Manhattan Disaster Site
         Litigation
         115 Broadway, 12th Floor
         New York, New York 10006
         (212) 267-3700

         All Defense Counsel